JS-6

1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   TIMOTHY R. WINDHAM, SB# 198358
2    E-Mail: Timothy.Windham@lewisbrisbois.com
   ALEX D. GUERRERO, SB# 215811
3    E-Mail: Alex.Guerrero@lewisbrisbois.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendants, FOUR
   SEASONS HOTELS LIMITED and
7  FOUR SEASONS PUNTA, MITA, S.A.
   de C.V.

8

9                UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| JOSEPH A. TAGLIAFERRO and WONNIE P. TAGLIAFERRO. Plaintiffs, vs. FOUR SEASONS HOTELS LIMITED and FOUR SEASONS PUNTA MITA, S.A. de C.V., Defendants. | CASE NO. CV13-4841-PA(JEMx) [Hon. Percy Anderson, Dept. 15] ORDER STIPULATION OF DISMISSAL AND FOR COURT'S RETENTION OF JURISDICTION; [PROPOSED] ORDER Judge: Hon. Percy Anderson 15 NOTE CHANGES MADE BY THE COURT. Trial Date: None Set |
|---|---|

        IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and that the Court retain jurisdiction to enforce the Settlement between the Parties.

///
///
///

4832-7188-2522.1

STIPULATION OF DISMISSAL

1  DATED: April 25, 2014         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 By: /s/ Alex D. Guerrero
                                 Alex D. Guerrero
                                 Attorneys for Defendants, FOUR
                                 SEASONS HOTELS LIMITED and FOUR
                                 SEASONS PUNTA, MITA, S.A. de C.V.

DATED: April 25, 2014            TAGLIAFERRO & LOPRESTI, LLP

                                 By: /s/ Joe Tagliaferro III
                                 Joe Tagliaferro III
                                 Attorneys for Plaintiffs, JOSEPH A.
                                 TAGLIAFERRO and WONNIE P.
                                 TAGLIAFERRO

## ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that

1.  This matter is dismissed with prejudice; and
2.  ~~The Court shall retain~~ jurisdiction to enforce the Settlement Agreement ~~between the Parties.~~

**IT IS SO ORDERED.**

DATED: 4/25/14                   /s/ Percy Anderson
                                 The Hon. Percy Anderson
                                 United States District Judge

4832-7188-2522.1
STIPULATION OF DISMISSAL
2